24 So.2d 140

### Andrew JORDAN v. STATE.

### 7 Div. 844.

Supreme Court of Alabama.

Dec. 20, 1945.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Andrew Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jordan v. State, 24 So.2d 138.

Writ denied.

All the Justices concur.